IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ROMAN SEBASTIAN MONZON,

    Plaintiff,

v.                                                      Civil Action No. **3:23CV775**

HARVEY SPENCER,

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on November 17, 2023, the Court conditionally docketed Plaintiff's action. At that time, the Court informed the plaintiff that he must keep the Court informed of his address. On October 2, 2024, the United States Postal Service returned a September 18, 2024 Memorandum Order to the Court marked, "RETURN TO SENDER," and "NOT AT ADDRESS." (ECF No. 17, at 1.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/ *[signature]*
John A. Gibney, Jr.
Senior United States District Judge

Date: 16 October 2024
Richmond, Virginia